UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/26/2020
```

**CHEYENNE PARRISH,**

                              **Plaintiff,**                       **20-CV-01510 (LTS)(SN)**

               **-against-**                                   **ORDER**

**26 MOTORS CORP., et al.,**

                              **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On February 20, 2020, plaintiff Cheyenne Parrish, filed a complaint against defendants 26 Motors Corp. and Yosef Ayzencot pursuant to 29 U.S.C. §§201 *et. seq.* ("FLSA") and the New York Labor Law ("NYLL"). Under Federal Rule of Civil Procedure 4(m), service was required within 90 days of the issuance of summons, or by May 21, 2020. Nothing on the docket reflects that service was made within this time.

       The plaintiff shall submit a letter explaining whether she has served the defendants and, if not, the basis for failing to do so within the time period required. If the plaintiff has failed to serve the defendants within the time required and cannot establish good cause for such failure, the Court may dismiss the case without prejudice. See Meilleur v. Strong, 682 F.3d 56. 62 (2d Cir. 2012); Fed. R. Civ. P. 4(m).

**SO ORDERED.**

                                                                           _____
                                                                           SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:     New York, New York
                 May 26, 2020