UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHEYENNE PARRISH,

                     Plaintiff,

        -against-

26 MOTORS CORP., et al.,

                     Defendants.

-----------------------------------------------------------------X

20-CV-1510 (LTS)(SN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2020

**SARAH NETBURN, United States Magistrate Judge:**

        The Court's May 29, 2020 Order, ECF No. 10, directed Plaintiff to file a status letter indicating whether Plaintiff intends to move for default judgment if Defendants had not appeared within 30 days of service. The affidavits of service indicate that Defendants were served on March 16, 2020, and have not appeared in this case. By July 6, 2020, Plaintiff shall file a status letter consistent with the Court's May 29 Order.

**SO ORDERED.**

DATED:     July 1, 2020
                New York, New York