```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2020

CHEYENNE PARRISH,

                                      Plaintiff,            20-CV-01510 (LTS)(SN)

      -against-                                           **ORDER**

26 MOTORS CORP., et al.,

                                    Defendants.

-----------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Final Report of the Mediator indicates that court-ordered mediation in this case was held on September 18, 2020, and that agreement was reached on all issues. Accordingly, the initial pretrial conference set for September 29, 2020, is adjourned. The parties are directed to file either a stipulation of dismissal or a joint status letter indicating if they request further assistance with the Court before terminating this matter, no later than October 2, 2020.

**SO ORDERED.**

DATED:    New York, New York
               September 28, 2020

SARAH NETBURN
United States Magistrate Judge